**[Not Yet Set for Oral Argument]**

**No. 19-5125**

**In the United States Court of Appeals**
**For the District of Columbia Circuit**

**STATE OF NEW YORK, ET AL.,**
*Plaintiffs-Appellees*
*v.*

**UNITED STATES DEPARTMENT OF LABOR, ET AL.,**
*Defendants-Appellants.*

On Appeal from the
United States District Court for the District of Columbia
No. 18-cv-1747 (JDB)

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF APPELLEES AND AFFIRMANCE

David Branch #438764
Law Office of David A. Branch
& Associates, PLLC
1828 L. Street, NW, Suite 820
Washington, DC 20036
(202)785-2805
(202) 785-0289
davidbranch@dbranchlaw.com

John M. Morrison
MORRISON SHERWOOD WILSON
DEOLA PLLP
401 N. Last Chance Gulch
P.O. Box 557
Helena, Montana 59624-0557
(406) 442-3261
(406) 443-7294 facsimile
john@mswdlaw.com
(DC Application Pending)

*Attorneys for Amici Curiae*

Pursuant to Circuit Rule 29(b), the organizations listed below give notice that they intend to file a joint brief as amici curiae supporting the plaintiffs-appellees and affirmance in this case. All parties have consented to the filing of the brief.

List of Amici

Former Insurance Commissioners and NAIC Presidents

Brian Atchinson, former Superintendent, Maine Bureau of Insurance, former President, National Association of Insurance Commissioners

Jane Cline, former Commissioner, West Virginia Offices of the Insurance Commissioner, former President, National Association of Insurance Commissioners

Alessandro Iuppa, former Superintendent, Maine Bureau of Insurance, former President, National Association of Insurance Commissioners

Monica Lindeen, former Commissioner, Montana Office of the Commissioner of Securities and Insurance, former President, National Association of Insurance Commissioners

Earl Pomeroy, former Commissioner, North Dakota Insurance Department, former President, National Association of Insurance Commissioners

Sandy Praeger, former Commissioner, Kansas Insurance Department, former President, National Association of Insurance Commissioners

Kathleen Sebelius, former Commissioner, Kansas Insurance Department, former President, National Association of Insurance Commissioners

Susan Voss, former Commissioner, Iowa Insurance Division, former President, National Association of Insurance Commissioners

Former Insurance Commissioners

Joel Ario, former Commissioner, Pennsylvania Insurance Department, and former Commissioner, Oregon Department of Consumer and Business Services

Alice A. Molasky Arman, former Commissioner, Nevada Division of Insurance

Randy Blumer, former Acting Commissioner, Wisconsin Office of the Commissioner of Insurance

Sharon P. Clark, former Commissioner, Kentucky Department of Insurance

Dave Jones, former Commissioner, California Department of Insurance

Jack Ehnes, former Commissioner, Colorado Division of Insurance

Jorge A. Gomez, former Commissioner, Wisconsin Office of the Commissioner of Insurance

Thomas E. Hampton, former Commissioner, District of Columbia Department of Insurance, Securities and Banking

J. Robert Hunter, former Commissioner, Texas Department of Insurance

Christopher F. Koller, former Commissioner, Rhode Island Office of the Health Insurance Commissioner

Steven B. Larsen, former Commissioner, Maryland Insurance Administration

Sally McCarty, former Commissioner, Indiana Department of Insurance

Kent Michie, former Commissioner, Utah Insurance Department

Lawrence Mirel, former Commissioner, District of Columbia Department of Insurance, Securities and Banking

John Morrison, former Commissioner, Montana Office of the Commissioner of Securities and Insurance

John Oxendine, Former Commissioner, Georgia Office of Insurance and Safety Fire Commissioner

Elizabeth Sammis, Ph. D., former Acting Commissioner, Maryland Insurance Administration

Karen Weldin Stewart, former Commissioner, Delaware Department of Insurance
<u>Former Insurance Regulators</u>

Carrie Banahan, former Deputy Commissioner, Kentucky Department of Insurance

Elizabeth S. Berendt, former Deputy Commissioner, Washington State Office of the Insurance Commissioner

Rick Diamond, former Chief Life and Health Actuary, Maine Bureau of Insurance

Allen Feezor, former Chief Deputy Commissioner, North Carolina Department of Insurance

Jean Holliday, former Regulatory Project Manager/Supervising Analyst Life and Health, North Carolina Department of Insurance

Jeffrey L. Gabardi, former Deputy Commissioner, Utah Insurance Department

Christina Lechner Goe, former General Counsel, Montana Office of the Commissioner of Securities and Insurance

Suzette Green-Wright, former Director Health Insurance Division, and the Market Conduct Regulation Division, Utah Insurance Department

Leslie Krier, former Market Conduct Oversight Manager, Washington State Office of the Insurance Commissioner

Kip May, former Deputy Commissioner, Ohio Department of Insurance

Fred Nepple, former General Counsel, Wisconsin Office of the Commissioner of Insurance

Guenther Ruch, former Administrator, Division of Regulation and Enforcement, Wisconsin Office of the Commissioner of Insurance

Georgia Alvarez Siehl, former Bureau Chief (Company Activities Bureau), Idaho Department of Insurance

Barbara Yondorf, former Director, Policy and Research, Colorado Division of Insurance

Other Experts on AHP Fraud and Abuse

Alissa Fox, former Blue Cross Blue Shield Association Senior Vice President, Office of Policy and Representation (during two cycles of AHP scams helped state regulators fight federal proposals that would restrict and eliminate state oversight)

Kevin Lucia, J.D., M.P.H., Research Professor, McCourt School of Public Policy, Georgetown Center for Health Insurance Reform (authored 10 publications on AHPs; expert on AHP fraud and abuse)

Karl Polzer, Founder, Center on Capital & Social Equity (authored several publications on AHPs; expert on AHP instability)

Robert Brace, Esq., former counsel to Receiver for Employers Mutual LLC

Matthew Smith, Director of Government Affairs & General Counsel, Coalition Against Insurance Fraud

Respectfully submitted,

_/s/___________________________

David Branch

John M. Morrison

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 22, 2019, I caused the foregoing to be filed with the Clerk of the Court through the Court's ECF system, which will serve notice of the notice of the filing on all filers registered in the case.

_/s/___________________________

David Branch

John M. Morrison