# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 19-5125** | **September Term, 2019** |
| | 1:18-cv-01747-JDB |
| | Filed On: December 20, 2019 [1821207] |

State of New York, et al.,

    Appellees

v.

United States Department of Labor, et al.,

    Appellants

    **BEFORE:** Henderson, Tatel, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the motion to substitute Commonwealth of Kentucky, *ex rel.* Andy Beshear, Governor as a party, and the response thereto, it is

**ORDERED** that the motion be granted.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

    BY:    /s/
                Michael C. McGrail
                Deputy Clerk