# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** State of New York, et al.

**v.**

U.S. Department of Labor, et al.

**Case No:** 19-5125

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☑ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☑ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Commonwealth of Massachusetts

### Counsel Information

**Lead Counsel:** Robert E. Toone, D.C. Cir. No. 56109

**Direct Phone:** (617) 963-2178   **Fax:** (617) 727-5785   **Email:** Robert.Toone@mass.gov

**2nd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**Firm Name:** Office of the Massachusetts Attorney General

**Firm Address:** One Ashburton Place, 18th Floor, Boston, MA 02108

**Firm Phone:** (617) 727-2200   **Fax:** (617) 727-3251   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)