No. 19-5125

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF NEW YORK; *et al.,*

Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF LABOR; *et al.,*

Defendants-Appellants.

On Appeal from the United States District Court
for the District of Columbia

NOTICE OF WITHDRAWAL OF
STEPHEN VOGEL AS COUNSEL

Please take note that Stephen B. Vogel withdraws his appearance as counsel for the Plaintiff-Appellee Commonwealth of Massachusetts in the above-captioned appeal. Mr. Vogel is departing State service effective January 31, 2020. Plaintiff-Appellee Massachusetts will continue to be represented by Robert E. Toone who noted his appearance as counsel on January 27, 2020 [1825759].

Respectfully submitted,

/s/  Stephen B. Vogel
Stephen B. Vogel
Assistant Attorney General
Massachusetts Office of the
Attorney General
One Ashburton Place
Boston, MA 02108-1598
617-963-2415
stephen.vogel@mass.gov

## CERTIFICATE OF SERVICE

I certify that on January 28, 2020, I electronically filed this document with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Stephen B. Vogel

Stephen B. Vogel