United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 19-5125                               September Term, 2020
                                           1:18-cv-01747-JDB

                              Filed On: February 8, 2021 [1884241]

State of New York, et al.,

    Appellees

  v.

United States Department of Labor, et al.,

    Appellants

**BEFORE:** Henderson, Tatel, and Katsas, Circuit Judges

# O R D E R

Upon consideration of appellants' consent motion to hold appeal in abeyance, it is

**ORDERED** that the motion be granted and this case is hereby held in abeyance pending further order of the court. Appellants are directed to file status reports at 60-day intervals beginning April 9, 2021.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

**Per Curiam**

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

              BY:    /s/
                        Scott H. Atchue
                        Deputy Clerk