No. 19-5125

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF NEW YORK, *et al.*,

        Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF LABOR, *et al.*,

        Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

### NOTICE OF WITHDRAWAL OF COUNSEL

Rohiniyurie Tashima is departing State service on September 1, 2022 and thus withdraws as counsel for appellee, the Commonwealth of Virginia. Andrew N. Ferguson will remain as counsel of record for the Commonwealth of Virginia.

Respectfully submitted,

*/s/ Rohiniyurie Tashima*
ROHINIYURIE TASHIMA
John Marshall Fellow
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-1863 – Telephone
(804) 371-0200 – Facsimile
RTashima@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

August 3, 2022

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Appellate Procedure 25(d) and Circuit Rule 25(f), I hereby certify that on August 3, 2022, I electronically filed this document through the Court's CM/ECF system, which will effect service on all counsel who have appeared.

*/s/ Rohiniyurie Tashima*
Rohiniyurie Tashima