[ORAL ARGUMENT HELD ON NOVEMBER 14, 2019]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*,<br><br>        Defendants-Appellants. | No. 19-5125 |

**STATUS REPORT**

Appellants respectfully submit this status report pursuant to this Court's order of February 8, 2021. On January 20, 2021, due to the change in administration, there was new leadership at the U.S. Department of Labor. The Department has considered the issues and determined that it wishes to engage in notice-and-comment rulemaking to revisit the rule at issue in this appeal. *See* Office of Information and Regulatory Affairs, Office of Management and Budget, Reginfo.gov, https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202210&RIN=1210-AC16. That process remains ongoing.

                          Respectfully submitted,

                          MARK B. STERN
                          MICHAEL S. RAAB

                          /s/ **Michael Shih**
                          MICHAEL SHIH
                          JENNIFER L. UTRECHT
                          (202) 353-6880
                             Attorneys, Appellate Staff
                             Civil Division
                             U.S. Department of Justice
                             950 Pennsylvania Ave. N.W.
                             Room 7268
                             Washington, D.C. 20530

SEPTEMBER 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

        /s/ **Michael Shih**
        MICHAEL SHIH