# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br> *Appellees*, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br> *Appellants*. | Case No. 19-5125 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Lanora C. Pettit enters her appearance as counsel for the State of Texas, replacing Judd E. Stone II. Mr. Stone is no longer with the Texas Attorney General's Office. Lanora C. Pettit will serve as counsel for the Amicus Curiae for Appellants States of Texas, Alabama, Georgia, Indiana, Kansas, Louisiana, Montana, North Dakota, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia, and Kentucky.

Dated: January 31, 2024

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700

Respectfully submitted.

/s/ Lanora C. Pettit
LANORA C. PETTIT
Principal Deputy Solicitor General
State Bar No. 24115221
Lanora.Pettit@oag.texas.gov

Counsel for the Amicus Curiae for Appellants

## CERTIFICATE OF SERVICE

I certify that on this the 31st day of January 2024, a copy of the foregoing Notice of Substitution of Counsel was served electronically through the Court's CM/ECF system on all registered counsel.

/s/ Lanora C. Pettit
LANORA C. PETTIT