[ORAL ARGUMENT HELD ON NOVEMBER 14, 2019]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants-Appellants. | No. 19-5125 |

**STATUS REPORT**

Appellants respectfully submit this status report pursuant to this Court's order of February 8, 2021. After considering the issues, the Department has issued a notice of proposed rulemaking that proposes to rescind the rule at issue in this appeal. *See* 88 Fed. Reg. 87,968 (Dec. 20, 2023). The rulemaking process remains ongoing.

Respectfully submitted,

MARK B. STERN
MICHAEL S. RAAB

 /s/ **Michael Shih**
MICHAEL SHIH
JENNIFER L. UTRECHT
(202) 353-6880
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave. N.W.
   Room 7268
   Washington, D.C. 20530

FEBRUARY 2024

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ **Michael Shih**
MICHAEL SHIH