# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5125**　　　　　　　　　　　　　　　　　　**September Term, 2023**

**1:18-cv-01747-JDB**

**Filed On: April 30, 2024** [2052036]

State of New York, et al.,

  Appellees

 v.

United States Department of Labor, et al.,

  Appellants

## O R D E R

Upon consideration of appellant's April 26, 2024, status report, it is

**ORDERED**, on the court's own motion, that the parties file motions to govern future proceedings in this case by May 28, 2024.

              **FOR THE COURT:**
              Mark J. Langer, Clerk

        BY: /s/
           Michael C. McGrail
           Deputy Clerk