IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF NEW YORK, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants-Appellants. | No. 19-5125 |

**CONSENT MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants hereby move to dismiss this appeal, with each party to bear its own costs. We have consulted with counsel for the plaintiffs, and they consent to this motion.

Respectfully submitted,

MARK B. STERN
MICHAEL S. RAAB

 /s/ Jennifer L. Utrecht
JENNIFER L. UTRECHT
(202) 353-9039
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. N.W.
  Room 7710
  Washington, D.C. 20530

MAY 2024

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because it contains 45 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(E) because it was prepared using Microsoft Word 2016 in Century Schoolbook 14-point font, a proportionally spaced typeface.

                                        **/s/ Jennifer L. Utrecht**
                                        Jennifer L. Utrecht

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                          **/s/ Jennifer L. Utrecht**
                                        Jennifer L. Utrecht