# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5125**                    **September Term, 2023**

**1:18-cv-01747-JDB**

**Filed On: May 30, 2024** [2057067]

State of New York, et al.,

      Appellees

    v.

United States Department of Labor, et al.,

      Appellants

    **BEFORE:**   Henderson and Katsas, Circuit Judges

### O R D E R

Upon consideration of appellants' consent motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

             **FOR THE COURT:**
             Mark J. Langer, Clerk

        BY:    /s/
              Michael C. McGrail
              Deputy Clerk